968 A.2d 763

**Robert BELL, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 29, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the Order of the Commonwealth Court is **AFFIRMED.**

968 A.2d 764

**Leroy FEARS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

April 29, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the order of the Commonwealth Court is AFFIRMED.